**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Danny ANDREWS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 22, 1999.

John W. Packel, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of October, 1999, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

a. Whether Petitioner's sentence is illegal insofar as it includes two sentences for possessing an instrument of crime.

b. Whether Petitioner's sentence is illegal insofar as it includes two sentences for conspiracy.

■

**In re Thomas W. SMITH,**
**Esquire, Relating To:**

**John L. MARTINO**

v.

**Michael J. PANICHELLI and Litvin,**
**Blumberg, Matusow & Young.**

**Petition of Michael J. Panichelli and**
**Litvin, Blumberg, Matusow &**
**Young.**

Supreme Court of Pennsylvania.

Oct. 25, 1999.

## ORDER

PER CURIAM:

AND NOW, this 25th day of October, 1999, the Application Seeking Leave to File Original Process is granted. The Petition for Writ of Prohibition is denied.